

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00347-CR

**TREVEON DEON WILLIAMS,**

                                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                    **Appellee**

From the 278th District Court
Walker County, Texas
Trial Court No. 27685

# ABATEMENT ORDER

The appellant's brief is overdue in this appeal.

We abate this appeal to the trial court to conduct any necessary hearings within 21

days of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2)

and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of

Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within 28 days of

the date of this Order.  *See id*.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated
Order issued and filed October 10, 2018

